| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **D. Justin Harelik 236710**<br>**16444 Paramount Boulevard**<br>**Suite 205**<br>**Paramount, CA 90723**<br>**(818)200-1495 Fax: (818)574-6022**<br>**236710 CA**<br>**info@westgatelaw.com** | |

☐ *Individual appearing without attorney*
☑ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Marcus John Edwards**<br><br><br><br><br>Debtor(s) | CASE NO.: **2:23-bk-12808-BB**<br><br>CHAPTER: **7**<br><hr>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B ☐ Schedule C ☐ Schedule D ☑ Schedule E/F ☐ Schedule G

☐ Schedule H ☐ Schedule I ☐ Schedule J ☐ Schedule J-2 ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s) ☐ Statement of Intentions ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: **June 5, 2023** _____

_____
Marcus John Edwards
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Marcus John Edwards** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:23-bk-12808-BB** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **2.1** | **Franchise Tax Board** | Last 4 digits of account number ___ ___ ___ ___ | **$2,654.00** | **$2,654.00** | **$0.00** |

Priority Creditor's Name

**Bankruptcy Section MS A340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify   **Income tax**

Debtor 1   **Marcus John Edwards**                                    Case number *(if known)*   **2:23-bk-12808-BB**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | | $13,808.00 | $13,808.00 | $0.00 |

Priority Creditor's Name
**Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101-7646**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who Incurred the debt? Check one.**

☐ Debtor 1 only *(filled)*
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No *(filled)*
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government *(filled)*
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Income tax**

| 2.3 | **Lorraine Cordero** | Last 4 digits of account number | | $21,500.00 | $21,500.00 | $0.00 |

Priority Creditor's Name
**4356 Eugene Street
Los Angeles, CA 90022**
Number Street City State Zip Code

**When was the debt incurred?**   **2022 to present**

**Who Incurred the debt? Check one.**

☐ Debtor 1 only *(filled)*
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No *(filled)*
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations *(filled)*
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**DSO**

---

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3.   Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes. *(filled)*

4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **Marcus John Edwards**                                          Case number (if known)    **2:23-bk-12808-BB**

---

**4.1**  **American Express Travel Related Services**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **2633**              **$16,790.00**

When was the debt incurred?    **Opened 09/22  Last Active 4/18/23**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured**

---

**4.2**  **Amex**
Nonpriority Creditor's Name

**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **0383**              **$20,592.00**

When was the debt incurred?    **Opened 04/16  Last Active 4/20/23**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

**4.3**  **BMO Harris Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 2035**
**Milwaukee, WI 53201**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **1851**              **$15,091.00**

When was the debt incurred?    **Opened 04/22  Last Active 04/23**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

Debtor 1    **Marcus John Edwards**                                          Case number (if known)    **2:23-bk-12808-BB**

---

| 4.4 | **Citi Card/Best Buy** | Last 4 digits of account number | **2015** | **$10,966.00** |

Nonpriority Creditor's Name

**Attn: Citicorp Cr Srvs Centralized
Bankr
Po Box 790040
St Louis, MO 36179**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 05/14  Last Active
04/23**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                        ☐ Contingent

☐ Debtor 1 and Debtor 2 only           ☐ Unliquidated

■ At least one of the debtors and another   ☐ Disputed

■ Check if this claim is for a community   Type of NONPRIORITY unsecured claim:
debt

Is the claim subject to offset?          ☐ Student loans

■ No                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
                                         report as priority claims

☐ Yes                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                         ■ Other. Specify  **Credit Card**

---

| 4.5 | **Citibank** | Last 4 digits of account number | **4755** | **$21,999.00** |

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized
Bankruptcy
Po Box 790040
St Louis, MO 63179**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 12/16  Last Active
2/23/23**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                        ☐ Contingent

☐ Debtor 1 and Debtor 2 only           ☐ Unliquidated

■ At least one of the debtors and another   ☐ Disputed

■ Check if this claim is for a community   Type of NONPRIORITY unsecured claim:
debt

Is the claim subject to offset?          ☐ Student loans

■ No                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
                                         report as priority claims

☐ Yes                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                         ■ Other. Specify  **Credit Card**

---

| 4.6 | **Citibank** | Last 4 digits of account number | **8737** | **$16,716.00** |

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized
Bankruptcy
Po Box 790040
St Louis, MO 63179**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 11/22  Last Active
4/11/23**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                        ☐ Contingent

☐ Debtor 1 and Debtor 2 only           ☐ Unliquidated

■ At least one of the debtors and another   ☐ Disputed

■ Check if this claim is for a community   Type of NONPRIORITY unsecured claim:
debt

Is the claim subject to offset?          ☐ Student loans

■ No                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
                                         report as priority claims

☐ Yes                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                         ■ Other. Specify  **Credit Card**

---

Debtor 1   **Marcus John Edwards**                                Case number (If known)   **2:23-bk-12808-BB**

---

| 4.7 | **Citibank/The Home Depot** | Last 4 digits of account number | **6537** | | $800.00 |

Nonpriority Creditor's Name
**Citicorp Cr Srvs/Centralized
Bankruptcy
Po Box 790040
St Louis, MO 63179**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**When was the debt incurred?**    **Opened 03/15  Last Active 04/23**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.8 | **Citibankna** | Last 4 digits of account number | **9958** | | $24,006.00 |

Nonpriority Creditor's Name
**Attn: Bankrutcy Dept
Po Box 790034
St.Louis, MO 63179**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**When was the debt incurred?**    **Opened 12/22  Last Active 03/23**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unsecured**

---

| 4.9 | **Discover Financial** | Last 4 digits of account number | **0205** | | $11,232.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**When was the debt incurred?**    **Opened 08/11  Last Active 4/20/23**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1    **Marcus John Edwards**    Case number (if known)    **2:23-bk-12808-BB**

---

| 4.1 0 | **Discover Student Loans** | Last 4 digits of account number | **1000** | **$27,834.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 30948
Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?    **Opened 12/22  Last Active 3/15/23**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____ **Educational**

---

| 4.1 1 | **Dustin Ives** | Last 4 digits of account number | | **$10,000.00** |

Nonpriority Creditor's Name
**11181 Enterprise Dr
Los Alamitos, CA 90720**
Number Street City State Zip Code

When was the debt incurred?    **2020 to present**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Loans**

---

| 4.1 2 | **El Dabe Ritter** | Last 4 digits of account number | | **$38,430.00** |

Nonpriority Creditor's Name
**1150 S Olive St #1300
Los Angeles, CA 90015**
Number Street City State Zip Code

When was the debt incurred?    **2022 to 2023**

**AMENDED**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Attorney fees**

---

Debtor 1    **Marcus John Edwards**                                    Case number (if known)    **2:23-bk-12808-BB**

---

| 4.1 3 | | | |
|---|---|---|---|

**James Edwards**                                    Last 4 digits of account number _____    **$55,000.00**
Nonpriority Creditor's Name
**2519 Marygold Dr.**                                When was the debt incurred?    **2020 to present**
**Campo, CA 91906**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

- ☑ Debtor 1 only                                    ☐ Contingent
- ☐ Debtor 2 only                                    ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
- ☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a  community           ☐ Student loans
  debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
- ☑ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                              ☑ Other. Specify  **Loan**

---

| 4.1 4 | | | |
|---|---|---|---|

**Lynx Grills**                                      Last 4 digits of account number _____    **$26,930.00**
Nonpriority Creditor's Name
**7300 Flores Street**                               When was the debt incurred?    **2014**
**Downey, CA 90242**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

- ☑ Debtor 1 only                                    ☐ Contingent
- ☐ Debtor 2 only                                    ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
- ☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a  community           ☐ Student loans
  debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
- ☑ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                     **Judgment - overtime claim**
                                                     **Attorney fees**
- ☐ Yes                                              ☑ Other. Specify  **BC545986**

---

| 4.1 5 | | | |
|---|---|---|---|

**Marble Law**                                       Last 4 digits of account number  **8906**    **$19,109.00**
Nonpriority Creditor's Name
**12707 High Bluff Dr Ste 200**                      When was the debt incurred?    **2022**
**San Diego, CA 92130**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

- ☑ Debtor 1 only                                    ☐ Contingent
- ☐ Debtor 2 only                                    ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
- ☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a  community           ☐ Student loans
  debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
- ☑ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                              ☑ Other. Specify  **Debtor's previous divorce attorney fees**

---

Debtor 1    **Marcus John Edwards**                                    Case number (if known)    **2:23-bk-12808-BB**

| 4.1 6 | | |
|---|---|---|

**Synchrony Bank/Amazon**                 Last 4 digits of account number    **3204**                    **$2,977.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**                          When was the debt incurred?    **Opened 02/18  Last Active**
**Orlando, FL 32896**                                                     **04/23**
Number Street City State Zip Code

Who incurred the debt? Check one.            As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
■ At least one of the debtors and another    ☐ Disputed
                                             Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a  community    ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **Charge Account**

| 4.1 7 | | |
|---|---|---|

**Synchrony Bank/Gap**                     Last 4 digits of account number    **8875**                    **$2,631.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 965060**                          When was the debt incurred?    **Opened 05/16  Last Active**
**Orlando, FL 32896**                                                     **04/23**
Number Street City State Zip Code

Who incurred the debt? Check one.            As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
■ At least one of the debtors and another    ☐ Disputed
                                             Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a  community    ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ☐ Other. Specify  **Credit Card**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  |  | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 21,500.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 16,462.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 37,962.00 |
|  |  |  |  |  | Total Claim |
| Total claims | 6f. | Student loans | 6f. | $ | 27,834.00 |

Debtor 1  **Marcus John Edwards**                                            Case number (if known)  **2:23-bk-12808-BB**

| from Part 2 | | | | |
|---|---|---|---|---|
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 293,269.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 321,103.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **D. Justin Harelik 236710**<br>**16444 Paramount Boulevard**<br>**Suite 205**<br>**Paramount, CA 90723**<br>**(818)200-1495 Fax: (818)574-6022**<br>California State Bar Number: 236710 CA<br>**info@westgatelaw.com** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

   **Marcus John Edwards**

CASE NO.: **2:23-bk-12808-BB**

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

                                                   Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **June  5, 2023**

Signature of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **June  5, 2023**

/s/D. Justin Harelik

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                              **F 1007-1.MAILING.LIST.VERIFICATION**

Marcus John Edwards
8421 Cavel Street
Downey, CA 90242


D. Justin Harelik
Westgate Law
16444 Paramount Boulevard
Suite 205
Paramount, CA 90723


American Express Travel Related Services
Attn: Bankruptcy
Po Box 981537
El Paso, TX 79998


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


BMO Harris Bank
Attn: Bankruptcy
Po Box 2035
Milwaukee, WI 53201


Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized Bankr
Po Box 790040
St Louis, MO 36179


Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179


Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

Citibankna
Attn: Bankrutcy Dept
Po Box 790034
St.Louis, MO 63179


Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054


Discover Student Loans
Attn: Bankruptcy
Po Box 30948
Salt Lake City, UT 84130


Dustin Ives
11181 Enterprise Dr
Los Alamitos, CA 90720


El Dabe Ritter
1150 S Olive St #1300
Los Angeles, CA 90015                                    **AMENDED**


Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952


Fremont Bank
25151 Clawiter Rd
Fremont, CA 94555


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7646

James Edwards
2519 Marygold Dr.
Campo, CA 91906


Lorraine Cordero
4356 Eugene Street
Los Angeles, CA 90022


Lynx Grills
7300 Flores Street
Downey, CA 90242


M&T Credit Services
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240


Marble Law
12707 High Bluff Dr Ste 200
San Diego, CA 92130


Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**16444 Paramount Boulevard**
**Suite 205**
**Paramount, CA 90723**

A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules, Master Mailing List, and or Statements**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  **6-5-23**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**D Justin Harelik    info@westgatelaw.com, r61832@notify.bestcase.com;naaz@westgatelaw.com**
**Richard G. Heston    rheston@hestonlaw.com,**
**yflores@hestonlaw.com,docs@hestonlaw.com;HestonRR41032@notify.bestcase.com,handhecf@gmail.com**
**United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
**Timothy Yoo (TR)    tjytrustee@lnbyg.com, tjy@trustesolutions.net**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*)  **6-5-23**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

 Hon. Sheri Bluebond
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (*state method for each person or entity served*): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June  5, 2023 | Naz Hafezzada | /s/Naz Hafezzada |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.